# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN BENEDICT, an individual, WISHES AND WONDERS TRAVEL AGENCY LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PINK LADY INVESTIGATIONS, INC., a California corporation; LISA PHILLIPS, an individual; MELISSA "MILLIE" VITALI, an individual; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-01420-TLN-JDP<br><br>**ORDER GRANTING PLAINTIFFS JILLIAN BENEDICT AND WISHES AND WONDERS TRAVEL AGENCY LLC MOTION TO EXTEND TIME TO SERVE THE COMPLAINT AND SUMMONS ON DEFENDANT MELISSA "MILLIE" VITALI**<br><br>District Judge:    Troy L. Nunley<br>Magistrate Judge:  Jeremy D. Peterson<br><br>Complaint Filed:  July 17, 2023 |

For good cause shown, Plaintiffs JILLIAN M. BENEDICT and WISHES AND WONDERS TRAVEL AGENCY Motion to Extend the Time to Serve the Complaint and Summons on Defendant MELISSA "MILLIE" VITALI is GRANTED.

Plaintiffs are granted a ninety (90) day extension of time, from October 16, 2023 until January 14, 2024 to serve Defendant MELISSA "MILLIE" VITALI

IT IS SO ORDERED.

Dated: October 17, 2023

Troy L. Nunley
United States District Judge